UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILE S. NIJMEH, et al.,<br><br>    Defendants. | Case No. 17-cv-00038-NC<br><br>**ORDER TO SHOW CAUSE** |

The defendants in this case failed to appear at the case management conference held today, May 31, 2017. The Court attempted to reach defendant Emile Nijmeh by phone during the hearing but was unable to do so.

By this order, a further case management conference is scheduled for September 6, 2017 at 10:00 a.m. in Courtroom 7, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California. The parties may participate via telephone. Defendants must submit a case management statement no later than August 30, 2017, advising plaintiff and the Court of their intent to defend this case and providing a phone number at which they can be reached during the case management conference.

If defendants fail to submit a case management statement or fail to appear for the case management conference, as required by this order, the Court may enter default judgment in favor of plaintiff.

**IT IS SO ORDERED.**

Dated: May 31, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge