UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILE S. NIJMEH, et al.,<br><br>    Defendants. | Case No. 17-cv-00038-NC<br><br>**ORDER TO SHOW CAUSE** |

On May 31, 2017, the Court ordered defendants Emile S. Nijmeh, Sawsan A. Nijmeh, Typografiks Inc., and Reza Inc., to submit a case management statement advising the Court and plaintiff Scott Johnson of their intent to defend the case. Dkt. No. 28. No defendant responded. The clerk has already entered default against defendants Typografiks, Inc. and Reza, Inc. Dkt. Nos. 11, 25.

On September 1, 2017, the Court ordered Johnson to file a motion for default judgment and proposed order by September 14, 2017. Dkt. No. 29. Johnson has not filed the motion and proposed order or otherwise responded. Therefore, the Court ORDERS Johnson to SHOW CAUSE why the case should not be dismissed for failure to prosecute. Johnson must respond to this order within 14 days, by October 30, 2017.

**IT IS SO ORDERED.**

Dated: October 16, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,
    Plaintiff,
  v.
EMILE S. NIJMEH, et al.,
    Defendants.

Case No. 17-cv-00038-NC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 16, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emile S. Nijmeh
2601 Carol Drive
San Jose, CA 95125

Dated: October 16, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Lili M Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS

2